IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WARREN DEAN SINGLEY, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1231-C |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent | ) | |

ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on November 29, 2007. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and, for the reasons announced therein, this action is transferred to the United States Court of Appeals for the Tenth Circuit for consideration whether to authorize a second or subsequent petition.

IT IS SO ORDERED this 30th day of January, 2008.

ROBIN J. CAUTHRON
United States District Judge